# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SAM L. LEVINE, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:18-cv-00841-ELR |
| XCENTRIC VENTURES, LLC, | |
| Defendant. | |

## ORDER

This matter is before the Court on *pro se* plaintiff Sam L. Levine's ("plaintiff") affidavit and application to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915(a). [Doc. 1]. After consideration by the Court of the affidavit of indigency only, plaintiff's request to proceed *in forma pauperis* is hereby **GRANTED** pursuant to 28 U.S.C. § 1915(a), and he shall be allowed to proceed with this action without prepayment of filing fees, docket costs, or United States Marshals service fees. However, it is further **ORDERED** that service of process shall not issue at the present time, and the Clerk shall submit this file to the assigned district judge for a frivolity determination under 28 U.S.C. § 1915(e)(2).

**IT IS SO ORDERED**, this 26th day of February, 2018.

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE