LAW OFFICE OF
# SAM LEVINE, LLC

**TELEPHONE: 1-404-841-7090**     1014 HAVENRIDGE LANE, NE     SAM@SAMLEVINE.COM
ATLANTA, GEORGIA 30319     WWW.SAMLEVINE.COM

February 28, 2018

Hon. Russell Vineyard
Magistrate Judge, Federal District Court
2027 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

RE:   <u>Sam Levine v. Xcentric Ventures, LLC</u>, 1:18-CV-00841

Dear Judge Vineyard,

   Thank you very much for recently approving my application to proceed in forma pauperis in the above referenced matter. I appreciate it very much.

   I understand from reading your order issued on Monday, February 26, 2018, that you forwarded this matter to Judge Ross for a frivolity screening pursuant to 28 U.S.C. 1915(e)(2). With respect to the impending frivolity screening, I wanted to let you know that an extremely similar case in the Western District of Texas, <u>Mustafa v. Xcentric Ventures, LLC</u>, 1:17-CV-00834 (Judge Sam Sparks), was filed and considered to be non-frivolous.

   It would appear to me that in incorporating a *stare decisis* approach to this matter that this case would also survive a frivolity screening.

   With respect to applying the true meaning and definition of frivolity to the screening of this case, which is:

   "Lack of or not serious, lightheartedness, levity, joking, jocularity, gaiety, fun, frivolousness, silliness, foolishness, flightiness, skittishness.

Levity:  humor or frivolity, especially the treatment of a serious matter with humor or in a manner lacking due respect; high spirits, vivacity, liveliness, cheerfulness, cheeriness, humor, gaiety, fun, jocularity, hilarity, frivolity, amusement, mirth, laughter, merriment, glee, comedy, wit, wittiness, jollity, joviality.

In taking into account the definitions of "frivolity" and "levity", I wanted to let you and Judge Ross know that I consider this matter very serious as it is negatively impacting my livelihood and ability to secure new clients.  The negative posting is impeding and impairing my ability to rehabilitate my law practice, live and support myself independently and is oppressive.  That said, because of the continued presence of this online posting, in no way can this case be characterized or described as one of "high spirits", "vivacious" or "cheerful" nor do I consider this to be a laughing matter or comedic as the definition of levity encompasses.

The removal of the online posting about me will not affect Xcentric Ventures, LLC in any way <u>whatsoever</u> nor would the removal of the posting curtail Xcentric's free speech and ability to warn consumers of true companies that defraud consumers, which I am all for, especially as a Plaintiff's consumer attorney, former member of the National Association of Consumer Advocates and private "Clark Howard" before I became an attorney.

On the other hand, this online posting, which was posted maliciously by a convicted felon, is and continues to have a dramatic impact on my ability to secure new clients.  The removal of this online posting is part of my overall effort to rehabilitate my law practice after I experienced severe economic injuries in my divorce case, the case(s) involving the State Bar and EverBank.

Thank you very much again for your approval of my in forma pauperis request for which I have gratitude and humility.

                                                Sincerely,

                                                Sam L. Levine

cc:  Michelle Beck for Judge Ross (via email & ecf)
File